IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY SHARP, et al.,

     Plaintiffs,                     No. CIV S-06-0236 MCE GGH P

    vs.

LAURIE MAZZOLA, et al.,

     Defendants.              ORDER

_____/

        Plaintiffs Larry Sharp and Anthony Sharp are state prisoners proceeding pro se. Pending before the court is plaintiffs' amended complaint filed May 31, 2006.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Mazzola, Khoury, Donahue.

        2. The Clerk of the Court shall send plaintiffs 3 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed May 31, 2006.

/////

1

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Four copies of the endorsed complaint filed May 31, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 8/11/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
shar236.1

1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ANTHONY SHARP, et al.,

11           Plaintiffs,                    No. CIV S-06-0236 MCE GGH P

12       vs.

13  LAURIE MAZZOLA, et al.,                 NOTICE OF SUBMISSION

14           Defendants.                    OF DOCUMENTS

15  _____/

16           Plaintiff hereby submits the following documents in compliance with the court's

17  order filed _____:

18           __1__    completed summons form

19           __3__    completed USM-285 forms

20           __4__    copies of the _____
                                   Complaint/Amended Complaint

21  DATED:

22
23
                                            _____
                                                       Plaintiffs
24
25
26