IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY SHARP, et al.,** ,<br><br>                                   Plaintiffs,<br><br>        v.<br><br>**LAURIE MAZZOLA, et al.,**<br><br>                                   Defendants. | 2:06-cv-0236 MLE GGH P<br><br>**ORDER** |

   GOOD CAUSE APPEARING, Defendants' request for an extension of time to file a responsive pleading to Plaintiffs' Complaint is hereby GRANTED.  Defendants will have up to and including December 26, 2006 to file a responsive pleading.  IT IS SO ORDERED.


Dated: 11/28/06                             /s/ Gregory G. Hollows
                                            _____
                                            The Honorable Gregory G. Hollows


sharp236.eot

[Proposed] Order

1