IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY SHARP, et al.,

      Plaintiff,                      No. CIV S-06-0236 MCE GGH P

    vs.

LAURIE MAZZOLA, et al.,

      Defendants.                FINDINGS AND RECOMMENDATIONS

_____/

      By an order filed May 24, 2007, plaintiff Anthony Sharp was ordered to file pay the $125 balance due on his filing fee within thirty days.  The thirty day period has now expired, and plaintiff Anthony Sharp has not paid the remaining filing fee.

      Accordingly, IT IS HEREBY RECOMMENDED that plaintiff Anthony Sharp be dismissed.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised

1

1   that failure to file objections within the specified time may waive the right to appeal the District

2   Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3   DATED: 8/8/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

5   GGH:035
shar0236.fff