1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY SHARP, et al.,

11          Plaintiffs,              No. CIV S-06-0236 MCE GGH P

12       vs.

13   LAURIE MAZZOLA, et al.,

14          Defendants.              <u>ORDER</u>

15   _____/

16          On January 9, 2007, defendants filed a motion to stay discovery served by plaintiff

17   Anthony Sharp pending the court's ruling on defendants' motion to revoke plaintiff Anthony

18   Sharp's status to proceed in forma pauperis and to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

19          On September 19, 2007, the court dismissed plaintiff Anthony Sharp from this

20   action. Accordingly, IT IS HEREBY ORDERED that defendants' January 9, 2007, motion to

21   stay discovery is denied as unnecessary.

22   DATED: 9/26/07                      /s/ Gregory G. Hollows

23                                    _____
                                     UNITED STATES MAGISTRATE JUDGE

24   sh236.sta

25

26

                                1