IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY SHARP, et al.,

        Plaintiffs,                No. CIV S-06-0236 MCE GGH P

    vs.

LAURIE MAZZOLA, et al.,

        Defendants.         ORDER

_____/

        On September 27, 2007, plaintiff Anthony Sharp filed a pleading requesting permission to file an action in state court. On September 19, 2007, plaintiff Anthony Sharp was dismissed from this action. Plaintiff Anthony Sharp's September 27, 2007, filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: 10/25/07                      /s/ Gregory G. Hollows

                                                  UNITED STATES MAGISTRATE JUDGE

sh236.58