IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY SHARP,

      Plaintiff,                     No. CIV S-06-0236 MCE GGH P

  vs.

LAURIE MAZZOLA, et al.,

      Defendants.             <u>ORDER</u>

_____/

        On April 7, 2008, plaintiff filed a motion for production of documents. Plaintiff alleges that defendants failed to respond to his first request for production of documents which sought 1) the first and second level review responses to administrative appeals; and 2) policy directives. The court construes the motion for production of documents as a motion to compel.

        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, defendants shall respond to plaintiff's claim that they failed to respond to his first request for production of documents.

DATED: 05/16/08                      /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

sharp.ord

1