IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY SHARP,

     Plaintiff,                    No. CIV S-06-0236 MCE GGH P

    vs.

LAURIE MAZZOLA, et al.,

     Defendants.           <u>ORDER</u>

         On April 7, 2008, plaintiff filed a motion for production of documents. Plaintiff alleges that defendants failed to respond to his first request for production of documents which sought 1) the first and second level review responses to administrative appeals; and 2) policy directives. The court construed the motion for production of documents as a motion to compel. On May 16, 2008, the court granted defendants twenty days to respond to plaintiff's claim that they failed to respond to his first request for production of documents.

         In the May 21, 2008, response to the May 16, 2008, order, defendants state that they timely responded to plaintiff's first request for production of documents on January 25, 2008. Defendants state that the first request did not seek the documents described by plaintiff in the April 7,2 008, motion. In good faith, defendants construed plaintiff's April 7, 2008, motion

1

1 | as a second request for production of documents and served plaintiff with a timely response.

2 |       Because defendants did not fail to timely respond to the at-issue discovery

3 | requests, the motion to compel is denied.

4 |       Good cause appearing, IT IS HEREBY ORDERED that plaintiff's April 7, 2008,

5 | motion for production of documents, construed as a motion to compel, is denied.

6 | DATED: 07/21/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

sharp.dis