IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY SHARP,

        Plaintiff,               No. CIV S-06-0236 MCE GGH P

    vs.

LAURIE MAZZOLA, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On August 5, 2008, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on January 2, 2008, and December 21, 2006. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's August 5, 2008 request (Docket #66) is denied.

DATED: 08/21/08

                                                      /s/ Gregory G. Hollows

                                                      GREGORY G. HOLLOWS  
                                                      UNITED STATES MAGISTRATE JUDGE

GGH:ak  
shar0236.36.thr