1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  LARRY SHARP,
11         Plaintiff,                    No. CIV S-06-0236 MCE GGH P
12     vs.
13  LAURIE MAZZOLA, et al.,
14         Defendants.                   ORDER
15  _____/

16         Pending before the court is plaintiff's September 12, 2008, motion to compel.  On
17  September 15, 2008, defendants filed an opposition.  On September 24, 2008, plaintiff filed a
18  reply.  For the following reasons, plaintiff's motion is denied.
19         Plaintiff contends that defendant Donahue failed to respond to his first set of
20  interrogatories.  Plaintiff claims that he served defendants with the interrogatories after the court
21  issued the May 30, 2008, scheduling order.
22         Defendants first argue that the motion to compel should be denied because
23  plaintiff failed to meet and confer.  Pursuant to the discovery order filed December 19, 2007, the
24  parties are not required to meet and confer regarding discovery disputes.  See Discovery Order, p.
25  2: 7.
26         Defendants next argue that they did not receive the at-issue interrogatories.

1

1  Defendants state that they searched their files and records and could not find the interrogatories.
2  In particular, counsel reviewed the docket for all entries post-dating May 30, 2008, and could
3  find no entry reflecting the interrogatories.  Defense counsel also could not locate the
4  interrogatories in his review of the discovery file in the case.  In addition, defendants observe that
5  the copy of the interrogatories attached to the motion to compel is undated, unsiged and does not
6  contain a proof of service.
7        In his reply, plaintiff argues that he signed and dated the original interrogatories
8  and also included a proof of service.  However, plaintiff did not attach a copy of the original
9  interrogatories to his reply.  Plaintiff also claims that he actually served the interrogatories on
10 May 14, 2008, and the prison mail log shows that he sent defense counsel mail on that date.  No
11 copy of the mail log is attached to the reply.
12       Plaintiff has not sufficiently demonstrated that he served defense counsel with the
13 interrogatories.  His unsupported allegations of service are not sufficient to overcome counsel's
14 sworn declaration that the interrogatories, whether served on May 14, 2008, or after May 30,
15 2008, could not be found after searching files and records.  On this ground, the motion to compel
16 is denied without prejudice to its refiling in 30 days if proof of service is demonstrated.
17       Accordingly, IT IS HEREBY ORDERED that plaintiff's September 12, 2008,
18 motion to compel (# 70) is denied without prejudice.
19 DATED:  10/30/08

                                     /s/ Gregory G. Hollows
                                     _____
                                     UNITED STATES MAGISTRATE JUDGE

sharp.com